HURLBUT *v.* HURLBUT.

Wednesday,
June 1.

APPEAL from the *Kosciusko* Circuit Court.

*Per Curiam.*—There is no error in the record of this cause.

It may be observed that where there is service, upon a resident attorney of a non-resident appellee, of notice of the appeal, no further notice is, in general, necessary.

The judgment is affirmed with costs.

*J. B. Niles*, for the appellant.

*H. O'Neal* and *O. H. Smith*, for the appellee.